UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**UNITED STATES OF AMERICA**

      vs.                                  **CASE NO: 2:13CR84**

**DANIEL ECKSTROM**

**SECOND SUPPLEMENTAL SENTENCING MEMORANDUM**

      Defendant Daniel Eckstrom by counsel P. Jeffrey Schlesinger notifies the court and the government that he objects to the imposition of any sentence greater than thirty years as a violation of his protection under the Eighth Amendment to the United States Constitution prohibiting cruel and unusual punishment. Counsel is unaware of any cases to support disposition at the present time, but wishes to preserve the constitutional issues for appellate purposes.

                                                  Respectfully submitted,

                                                  */s/P. Jeffrey Schlesinger*
                                                  P. Jeffrey Schlesinger
                                                  Attorney for Eckstrom
                                                  8396 Mississippi Street
                                                  Suite G
                                                  Merrillville, IN 46410
                                                  (219)736-5555

## CERTIFICATE OF SERVICE

I certify that in the 11th day of May, 2015, service of a true and complete copy of the Second Supplemental Sentencing Memorandum was served upon all parties via the CM/ECF system which sent notification of such filing to the following:

Jill Koster

/s/P. Jeffrey Schlesinger
P. Jeffrey Schlesinger
Attorney for Eckstrom
8396 Mississippi Street
Suite G
Merrillville, IN 46410
(219)736-5555