UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:13 CR 00084 PPS-PRC |
| v. | ) | |
| | ) | |
| DANIEL THOMAS ECKSTROM | ) | |

**SUPPLEMENTAL GOVERNMENT SENTENCING MEMORANDUM**

Comes now the United States of America, by David Capp, United States Attorney for the Northern District of Indiana, to respond as follows to Defendant's "Second Supplemental Sentencing Memorandum," filed on May 11, 2015, DE # 79, which argues that "imposition of any sentence greater than thirty years" constitutes cruel and unusual punishment given Defendant's crimes:

The Seventh Circuit has not yet confronted an Eighth Amendment challenge in the production of child pornography context. The court rejected an Eighth Amendment challenge to two life sentences handed down by Judge Lozano in a case involving the sex trafficking of mostly adults, however. *See United States v. Cephus*, 684 F.3d 703, 709 (7th Cir. 2012). In so ruling, the Seventh Circuit noted that the Supreme Court upheld a life sentence without the possibility of parole in a case involving the possession of a modest quantity of cocaine, *id.* (citing *Harmelin v. Michigan*, 501 U.S. 957 (1991)), and explicitly distinguished *Harmelin* when holding life sentences to be cruel and unusual when imposed upon juveniles, *id.* (citing *Graham v.* Florida, 130 S. Ct. 2011 (2010) and *Miller v. Alabama*, 132 S. Ct. 2455

1

(2012)).   Reasoning that Cephus and his co-defendants "were not juveniles and their crimes were more serious than the crime in *Harmelin*," Judge Posner rejected the Cephus defendants' attack on their life sentences.  Subsequently, the Supreme Court denied the petitions for writs of *certiorari* filed by both defendants.  *Cephus v. United States*, 133 S. Ct. 588 (2012); *Stewart v. United States*, 133 S. Ct. 807 (2012).

The same result can be expected here.  *Harmelin* remains good law, Defendant is not a juvenile and his crimes are far more serious than those previously held by the Supreme Court not to violate the Eighth Amendment.  Further, the circuit court opinions the government can find which address Eighth Amendment challenges in the production of child pornography context have all rejected the argument Defendant now makes.  *See, e.g., United States v. Dowell,* 771 F.3d 162 (4th Cir. 2014) (finding that 80-year sentence for production and transportation of child pornography did not run afoul of the Eighth Amendment); *United States v. Strausbaugh*, 534 Fed.Appx. 178 (3d Cir. 2013) (holding 45-year sentence for production and distribution of child pornography not cruel and unusual); *United States v. Nichols*, 527 Fed. Appx. 344 (6th Cir. 2013) (concluding that 50-year sentence for production of child pornography did not violate the Eighth Amendment); *United States v. Falgout*, 325 Fed. Appx. 775, 778 (11th Cir. 2009) (rejecting Eighth Amendment challenge to 960-year sentence in production of child pornography case).

Between late 2007 and the first quarter of 2013 (the range of stats the government was able to obtain today on short notice), federal judges across the

2

country sentenced 114 defendants convicted of producing child pornography to terms of imprisonment exceeding 60 years.   Those defendants, the sentences they received, and the districts in which they were prosecuted are set forth below:

|    | DISTRICT | DEFENDANT'S NAME | COURT NUMBER | SENTENCE DATE (Yr-Mo-Day) | PRISON TIME (MONTHS) |
|----|----------|------------------|--------------|---------------------------|----------------------|
| 1  | ALN | Culver, Brian Scott | 5:07-CR-00009-LSC-JEO | 071026 | 720 |
| 2  | ILN | Skinner, Robert | 06-CR-00316 | 071108 | 720 |
| 3  | ARW | Chappell, Jr., Daniel | 5:07CR50074-001 | 081118 | 720 |
| 4  | IAS | Summage, Kerwin Lamont | 08-048 | 081124 | 720 |
| 5  | KYW | Hawkins, Jason | 06-CR-00064-M | 080506 | 720 |
| 6  | MOE | PARSONS, GREGORY LYNN | 08-CR-00518 CDP | 090707 | 720 |
| 7  | NCE | Sherwin, Daniel | 08-CR-00020-BO2 | 090305 | 720 |
| 8  | FLM | BLAGE, KENNETH | 09-CR-00584-T | 100901 | 720 |
| 9  | LAW | LOLLEY, CURTIS | 09-CR-00339 | 100827 | 720 |
| 10 | MOE | PARSONS, GREGORY LYNN | 08-CR-00518 CDP | 090707 | 720 |
| 11 | MOW | Harrison, Richard C. | 09-CR-00109 | 100310 | 720 |
| 12 | NCE | Johnston, Dennis | 09-CR-00072 | 091224 | 720 |
| 13 | ARW | Bain, Richard | 5:09CR50098 | 101022 | 720 |
| 14 | ARW | Cunningham, Michael "Jason" | 10-CR-50095 | 110318 | 720 |
| 15 | LAW | FRUGE, Shelton Peter | 10-CR-00241 | 110202 | 720 |
| 16 | MOW | Harrison, Richard C. | 09-CR-00109 | 100310 | 720 |
| 17 | NH | Goergen, Ronald | 10-CR-00117-JD | 110120 | 720 |
| 18 | MSN | Robinson, Brian | 11-CR-00049-3-A | 120710 | 720 |
| 19 | NYN | Russell, Jr., Richard | 08-CR-00545 | 111007 | 720 |
| 20 | NYN | Ketcham, Cory J. | 11-CR-00057 | 111206 | 720 |
| 21 | VAE | Cardenales, Abimael | 12-CR-00002-2 | 120723 | 720 |
| 22 | ARW | Bates, Roger | 12-CR-20010 | 121221 | 720 |
| 23 | CAE | Hernandez-Velazquez, Jose | 11-CR-00134-F | 130417 | 720 |
| 24 | NYN | Salmon, Brett | 11-CR-00364 | 121113 | 761 |
| 25 | NYW | Tyson, Joseph M. | 06-CR-06127CJS | 081112 | 780 |
| 26 | ARW | Bergthold, Brian | 5:07CR50052 | 080915 | 840 |
| 27 | GAN | HUSKEY, JAMES BARTHOLOMEW | 08-CR-00033-4 | 090309 | 840 |
| 28 | MT | Herbst, Basil | CR 07-103-BLG-JDS | 081125 | 840 |
| 29 | PAE | Eyster, Daniel | 08-CR-00618 | 090723 | 840 |
| 30 | TXN | Dickson, Bryan K. | 09-CR-00040-A-FW | 091026 | 840 |
| 31 | ARW | Cannon, William | 10-CR-50108 | 120201 | 840 |

| | | | | | |
|---|---|---|---|---|---|
| 32 | NYW | Luczkowiak, Roger S. | 11-CR-00392S | 120927 | 840 |
| 33 | OHN | Israel, Timothy B. | 10-CR-00347 | 111129 | 840 |
| 34 | CAS | Loftin, Corey James | 11-CR-01895-JLS | 121213 | 840 |
| 35 | INS | Armstrong, Mark | 09-CR-00012-DFH/MGN4 | 091221 | 900 |
| 36 | VAE | Martinez, Scottie Lee | 10-CR-00122 | 110220 | 960 |
| 37 | OHS | Keith, Andrew F. | 11-CR-00005-1 | 120511 | 960 |
| 38 | MT | Threadgill, Kenneth | CR 07-89-GF-SEH | 080116 | 1020 |
| 39 | CT | Sensi, Edgardo M. | 08-CR-00253 | 120209 | 1020 |
| 40 | TXE | Stewart, James Rustin | 09-CR-00159-1 | 100823 | 1080 |
| 41 | OHN | Lennard, Shawn M. | 09-CR-00444 | 101005 | 1080 |
| 42 | FLM | BRANDT JR., WESLEY | 11-CR-00058-T | 111109 | 1080 |
| 43 | INS | Bostic, David Ryan | 11-CR-00033 JMS-KPF1 | 120105 | 1080 |
| 44 | GAS | Rivera, Angel Luis | 11-CR-00007 | 130118 | 1080 |
| 45 | MIW | HERRICK, SCOTT ALLAN | 10-CR-00207 | 120117 | 1140 |
| 46 | FLM | SARRAS, DONATOS | 6:07-CR-92-ORL | 080410 | 1200 |
| 47 | MOE | GREENWELL, JEFFREY | 09-CR-00757 CAS | 111018 | 1200 |
| 48 | FLM | DICKERSON, IVORY | 07-CR-00150-ORL | 090407 | 1320 |
| 49 | MT | Fox, Ralph | CR 07-47-M-DWM | 081017 | 1320 |
| 50 | ILN | Boroczk, Darrick C. | 09-CR-00647 | 120110 | 1340 |
| 51 | INS | Hodge, Larry Everett | 11-CR-00007-RLY-WGH-3 | 120531 | 1380 |
| 52 | MIW | HINOJOSA, MICHAEL JAMES | 1:06-CR-93 | 080319 | 1440 |
| 53 | NYS | DAVIS, WILLIAM | 07 CR 0468 | 090824 | 1440 |
| 54 | MOE | MARTIN, MICHAEL PAUL | 09-CR-00760 JCH | 100729 | 1440 |
| 55 | NCM | Hallman, David Matthew | 12-CR-00010 | 130108 | 1440 |
| 56 | VAW | Cobler, James Robert | 12-CR-00026 | 130215 | 1440 |
| 57 | FLS | Castillo, Edgar Geovani Esquivel | 10-CR-20120-DMM | 100928 | 1560 |
| 58 | FLS | Castillo, Edgar Geovani Esquivel | 10-CR-20120-DMM | 100928 | 1560 |
| 59 | NCE | Davis, John Thomas | 09-CR-00018-BO | 090505 | 1680 |
| 60 | FLM | COWAN, ROBERT ALLAN | 09-CR-00387-J | 111208 | 1680 |
| 61 | LAM | Miller, Paul W. | 10-CR-00102-JJB-DLD | 120520 | 1680 |
| 62 | FLN | Olmeda, Keith | 09-CR-00030-01-SPM | 100209 | 1800 |
| 63 | NYN | Hamilton, Wayne | 11-CR-00555 | 121113 | 1800 |
| 64 | NH | Wright, John Allen | 11-CR-00146-SM | 130225 | 1920 |
| 65 | MOE | DEVLIN, MICHAEL | 4:07CR143 JCH | 071226 | 2010 |
| 66 | INS | Metzger, David | 09-CR-00188-LJM/KPF1 | 100525 | 2820 |
| 67 | INS | Bostic, David Ryan | 1:11-CR-027-JMS-KPF | 120113 | 3060 |
| 68 | MOE | BEASLEY, LELAND | 10-CR-00119 CEJ | 110712 | 3480 |
| 69 | ALN | Hayes, Gordon Elton | 4:07-CR-00062-IPJ-TMP | 070824 | 3720 |
| 70 | ALN | Vasiloff, Gary Steven | 4:07-CR-00337-VEH-PWG | 080204 | 3900 |

4

| 71 | INS | McGrath, Andrew | 1:09-CR-0169-L/F | 100517 | 4440 |
|---|---|---|---|---|---|
| 72 | ALN | McKim, Christine Staggs | 08-CR-00313-IPJ-RRA-2 | 091007 | 5400 |
| 73 | ALN | Hulsey, James Shawn | 08-CR-00313-IPJ-RRA-2 | 091007 | 5760 |
| 74 | ALN | Falgout III, Pierre Ernest | 6:07-CR-00157-RDP-RRA | 080620 | 11520 |
| 75 | FLM | MATTHEWS, SAMUEL | 8:07-CR-247-T | 071030 | LIFE |
| 76 | ILC | Rosenbohm, Justin | 07-10117 | 080627 | LIFE |
| 77 | KYW | Moore, James T. | 3:06CR-98-S | 080304 | LIFE |
| 78 | MN | Paton, Lyle Robert | CR06-298PJS/SRN | 071022 | LIFE |
| 79 | MT | Gallenardo, William | CR 07-04-BU-DWM | 071026 | LIFE |
| 80 | TNE | Becker, David Aaron | 3:07-CR-22 | 071026 | LIFE |
| 81 | ARW | White, Arthur | 3:09CR30001 | 090624 | LIFE |
| 82 | CAE | Harrod, Allen | 03-CR-00384-S | 090427 | LIFE |
| 83 | CAE | LaBrecque, Michael | 03-CR-00384-S | 090427 | LIFE |
| 84 | FLM | MATTHEWS, SAMUEL | 8:07-CR-247-T | 071030 | LIFE |
| 85 | FLN | Freeman, James Andrew | 08-CR-00022-03-LAC | 090505 | LIFE |
| 86 | FLN | Mumpower, Warren K. | 08-CR-00022-03-LAC | 090722 | LIFE |
| 87 | FLN | Lakey, Gary Wayne | 08-CR-00022-03-LAC | 090420 | LIFE |
| 88 | FLN | McGarity, Neville R. | 08-CR-00022-03-LAC | 090420 | LIFE |
| 89 | FLN | Lambert, Marvin Laverne | 08-CR-00022-03-LAC | 090420 | LIFE |
| 90 | FLN | Castleman, Daniel Scott | 08-CR-00022-03-LAC | 090420 | LIFE |
| 91 | ILS | Courtright, Carl | 07-CR-30179-DRH | 090724 | LIFE |
| 92 | ILS | Masulla, Louise | 08-CR-30234-GPM-DGW | 090731 | LIFE |
| 93 | ILS | Robinson, Tabitha D. | 08-CR-30234-GPM-DGW | 090813 | LIFE |
| 94 | ILS | Milligan, William | 08-CR-30234-GPM-DGW | 090731 | LIFE |
| 95 | LAW | Daranda, Ben | 07-CR-10022-01 | 081125 | LIFE |
| 96 | NV | Latham, Robert Myron | 06-CR-00379-LDG(GWF) | 090304 | LIFE |
| 97 | NYN | Sacco, Dean | 08-CR-00077 | 090303 | LIFE |
| 98 | PAE | Marz, Robert Paul | 07-CR-00199 | 090914 | LIFE |
| 99 | TXW | Carmony, Charles Wayne | SA08CR036 | 090224 | LIFE |
| 100 | ALM | Smith, Ricky Randall Rex | 07-CR-00183-WKW | 100402 | LIFE |
| 101 | ALN | Simons, John Lawson | 08-CR-00408-CLS-TMP-5 | 100818 | LIFE |
| 102 | INS | Rarey, Rickie | 1:09-CR-130-M/F | 100224 | LIFE |
| 103 | MIE | Frazee, James | 10-CR-20082 | 100909 | LIFE |
| 104 | ALS | McGee, Bernard | 10-CR-00162-CG | 110303 | LIFE |
| 105 | ARW | Wilson, James H. | 2:09CR20063 | 101021 | LIFE |
| 106 | FLS | Rios, Jesus | 09-CR-60054-JIC | 101227 | LIFE |
| 107 | MD | Davison, Jesse Aaron | 10-CR-00632 | 110830 | LIFE |
| 108 | MIE | Demink, Steven | 10-CR-20676 | 110926 | LIFE |
| 109 | DE | Pavulak, Paul E. | 09-CR-00043-SLR | 111014 | LIFE |
| 110 | FLS | Mozie, James | 11-CR-60121-WPD | 120625 | LIFE |
| 111 | NYN | Rood, Flay | 10-CR-00149 | 111007 | LIFE |

5

| 112 | MOE | GRAVENMIER, JACK E. | 12-CR-00464 JAR | 130429 | LIFE |
| 113 | MOW | Smith, Todd C. | 11-CR-05044-01 | 121221 | LIFE |
| 114 | VAE | Sebolt, Philip Michael | 12-CR-00033-3 | 130128 | LIFE |

As the above chart demonstrates, 69 defendants received life-equivalent sentences of 100 years (1,200 months) or more.  Although none of the above-referenced defendants were prosecuted here in the Northern District of Indiana, both Judge Lozano and Judge Moody have recently sentenced child sex offenders to lifetime terms of imprisonment.  *See United States v. Bour*, 2:13 CR 36 (J. Lozano) (sentencing offender who produced child pornography on at least two occasions with an infant/toddler ranging in age from 4 to 16 months to life plus 1,020 months in prison); *United States v. Resnick*, 2:11 CR 68 (J. Moody) (sentencing offender who repeatedly molested 9 year-old boy on two-week road trip and brandished a weapon during the commission of the offense to life plus 7 years in prison).   In its Sentencing Memorandum, the government also cited numerous Seventh Circuit cases in which lengthy production of child pornography sentences have been affirmed as reasonable on appeal.  *See* DE # 78, pp. 22-23; *see also United States v. Bostic*, 491 Fed. Appx. 731 (7th Cir. 2012) (unpublished) (affirming 315-year sentence for production and possession of child pornography as substantively reasonable).

## CONCLUSION

WHEREFORE, for the reasons explained in the Government's Sentencing Memorandum, DE # 78, and in Probation's Presentence Report, DE # 70, the government respectfully suggests that the only sentence sufficient but not greater

than necessary to adequately address the factors set forth in 18 U.S.C. § 3553(a) is a lifetime equivalent term of incarceration, followed by lifetime supervised release. That sentence is appropriate based upon the nature and circumstances of Defendant's offense conduct and the seriousness of his crimes; it is necessary to promote respect for the law and just punishment for the offenses; it will afford adequate deterrence to future criminal conduct of this nature and protect the public from further crimes of Defendant; and it will avoid unwarranted sentence disparities with defendants with similar records found guilty of similar conduct.

       Respectfully submitted,

       DAVID CAPP
       United States Attorney

By: */ S /   Jill Rochelle Koster*
   JILL ROCHELLE KOSTER
   Assistant United States Attorney
   5400 Federal Plaza, Suite 1500
   Hammond, Indiana 46320
   (219) 937-5500

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to defense counsel of record.

                                  By:    */ S /   Jill Rochelle Koster*
                                                JILL ROCHELLE KOSTER
                                                Assistant United States Attorney
                                                5400 Federal Plaza, Suite 1500
                                                Hammond, Indiana 46320
                                                (219) 937-5500